# IN THE COURT OF APPEALS OF IOWA

_____

No. 25-1598
Filed July 22, 2026

_____

**D.S.,**
Plaintiff–Appellant,

v.

**M.B.,**
Respondent–Appellee.

_____

Appeal from the Iowa District Court for Linn County,
The Honorable Christopher L. Bruns, Judge.

_____

**AFFIRMED**

_____

D.S., Lumberton, Texas, self-represented appellant.

Austin Norden of Viner Law Firm, Cedar Rapids, attorney for appellee.

_____

Considered without oral argument
by Schumacher, P.J., Badding, J., and Bower, S.J.
Opinion by Schumacher, P.J.

**SCHUMACHER, Presiding Judge.**

A father challenges the district court's dismissal of his Iowa Code chapter 600B (2022) petition to establish custody and visitation of two children, raising a myriad of claims in his appellant's brief and reply brief.

The district court determined that because the father's parental rights to the children were terminated in 2024, he lacks standing to state a claim in support of custody and visitation. *See Donovan v. Thompson*, No. 22-1686, 2023 WL 6292287, at *2–3 (Iowa Ct. App. Sep. 27, 2023) (holding the district court correctly dismissed a father's chapter 600B petition due to lack of standing because he was unable to establish paternity to the child). Finding no error, *see LS Power Midcontinent, LLC v. State*, 988 N.W.2d 316, 329 (Iowa 2023) (reviewing the district court's decision to dismiss a case due to lack of standing for errors at law), we affirm without further opinion, *see* Iowa Ct. R. 21.26(1)(d), (e).

**AFFIRMED.**